ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v. -                          :        INDICTMENT

CHARLES VENTURA,                :        S2 16 Cr. 809 (VM)
  a/k/a "Gutta,"

                      :

         Defendant.

                      :

- - - - - - - - - - - - - - - x

## COUNT ONE
### (Felon in Possession of Ammunition)

The Grand Jury charges:

1.   On or about September 6, 2017, in the Southern District of New York, CHARLES VENTURA, a/k/a "Gutta," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce ammunition, to wit, a Federal .45 Auto cartridge, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1).)

## COUNT TWO
### (Use of a Firearm for Attempted Murder and Assault)

The Grand Jury further charges:

2.   On or about September 6, 2017, in the Southern District of New York, CHARLES VENTURA, a/k/a "Gutta," the defendant, during and in relation to a crime of violence for which he may be

prosecuted in a court of the United States, namely, (a) attempted

murder and (b) assault with a dangerous weapon, in the vicinity of

1575 East 174th Street in the Bronx, New York, for the purpose of

maintaining and increasing VENTURA's position in the Rollin' 30s

racketeering enterprise, in violation of Section 1959 of Title 18

of the United States Code, knowingly did use and carry a firearm,

and, in furtherance of such crime, did possess a firearm, and did

aid and abet the use, carrying, and possession of a firearm, which

was discharged.

                    (Title 18, United States Code,
            Sections 924(c)(1)(A)(i), (iii), and 2.)

_____          _____
Foreperson                               GEOFFREY S. BERMAN
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHARLES VENTURA,
a/k/a "Gutta,"

Defendant.

TRUE BILL

S2 16 Cr. 809 (VM)

(Title 18, United States Code, Sections 922(g)(1);
924(c)(1)(A)(i), (iii),  and 2.)

GEOFFREY S. BERMAN
United States Attorney.

Foreperson.

1/16/18 - Filed Superseding Indictment
exc