```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        #:
                                        FILED: 4/18/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :     16 CR 809 (VM)
         -against-                :     ORDER
                                  :
CHARLES VENTURA,                  :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that a conference before Judge Marrero to discuss substitution of counsel for the above-named defendant shall be scheduled for Friday, May 4, 2018 at 11:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         18 April 2018

                                    _____
                                          Victor Marrero
                                             U.S.D.J.