Charles Ventura
Case # 16-CR-809(VM)

Honorable Judge Victor Marrero,

    I am writing to you today to ask that you replace Mr. Branden M. James, as my Attorney. I no longer have any Confidence in Mr James as my Attorney. I last saw him on January 19 at my inital appearance. I have yet to receive a copy of my Indictment or any information regarding my pending Charges. The two time I expected Mr. James to visit me, as he said he would, never actually transpired.

    Your Honor, I am in need of an Attorney who will actually be responsive to my Concerns regarding my Case and most importantly one that takes an active role in my defense. Since Mr. James has been appointed as my Attorney I have seen Neither of these things. I have lost any and all trust and Confidence in Mr. James and it is because of that, that I feel as if I can, at no point in the future, work together with him as my Attorney.

    I respectfully request to have Mr. James removed as my Attorney of record and to have a new Attorney appointed to my Case as soon as possible so as not to cause any futher delay to the proceedings.

Respectfully,
Charles Ventura

Docket + File

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/18

Charles Ventura
Charles Ventura 79831-054
MCC
150 park Row
New york, NY 10007

RECEIVED APR 10 2018 CHAMBERS OF JUDGE MARRERO