```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DOC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/18

UNITED STATES OF AMERICA

— against —

CHARLES VENTURA,

Defendant.

16 Cr. 809 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that James Branden, the attorney representing the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney John Burke.

**SO ORDERED.**

Dated: New York, New York
       4 May 2018

VICTOR MARRERO
U.S.D.J.