**JOHN M. BURKE**
Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 875-3707
Fax: (718) 875-0053

July 25, 2019

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/19

Re.: U.S. v. Charles Ventura
16 CR 809 (VM)

Dear Judge Marrero:

I represent Charles Ventura in the above captioned case and I am writing to request that the Court assign Christopher Wright, Esq. as a mentee for the defense of Charles Ventura. If approved by the Court Mr. Wright will serve some paralegal functions as well as participate at trial. I expect that he will confer with my client, review discovery with him and actively participate in the trial.

The trial in Ventura's case is scheduled for September 9, 2019 and the defense anticipates we will be filing motions reviewing voluminous 3500 material and preparing for trial. Christopher Wright is a criminal attorney with over 20 years experience. He was formerly employed by the New York City Legal Aid Society and has conducted more than 40 trials to verdict. He is a member of the Eastern District of New York's mentoring program and will be of great assistance to Mr. Ventura in the upcoming trial.

The mentoring program is designed to improve the overall quality of the CJA Panel by providing mentees with federal experience. As a mentee Mr. Wright would provide the first 15 hours of service on a pro bono basis and thereafter may bill at a rate of sixty-five ($65.00) dollars an hour.

Honorable Victor Marrero  
United States District Court

July 25, 2019  
Page 2

 

If this request meets your approval I will create a C.J.A. e-voucher and have Mr. Wright begin working on Mr. Ventura's case. Thank you for your time and consideration in this matter.

Respectfully yours,<br><br>s/<br>JOHN BURKE<br>Attorney for Charles Ventura

JB/dw

---

> Request GRANTED. Defendant Charles Ventura, through counsel, is authorized to retain the services of mentee counsel on the terms and conditions set forth above.
>
> SO ORDERED.
>
> 7-26-19
> DATE     VICTOR MARRERO, U.S.D.J.