

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2020

**BY ECF AND FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Torres, et al., S8 16 Cr. 809 (VM)**

Dear Judge Marrero:

      The Court previously set this matter for a final pretrial conference the late afternoon of January 24, 2020. Having been advised of the Court's conflict, the parties have conferred and respectfully request that the pretrial conference instead commence at 9:15 a.m. the same day, January 24, 2020.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by:    /s/
      Jessica Fender
      Anden Chow
      Jacqueline Kelly
      Assistant United States Attorneys
      (212) 637-2276 / 2348 / 2456

cc: Counsel of record (by ECF)