# JOHN M. BURKE

Attorney at Law                                              26 Court Street  -  Suite 2805
                                                             Brooklyn, New York  11242
                                                             Tel: (718) 875-3707
                                                             Fax: (718) 875-0053

January 16, 2020

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

                Re.:   U.S. v. Charles Ventura
                      16 CR 809 (VM)

Dear Judge Marrero:

    I am asking the Court to permit my client Charles Ventura to receive non-prison clothing in the MCC so he can wear it in Court. I have enclosed an Order for that purpose.

    Thank you for your time and consideration in this matter.

                                                Respectfully yours,

                                                s/
JB/dw                                                   JOHN BURKE
Enc.                                                      Attorney for Charles Ventura

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           16 CR 809 (VM)

      -against-

CHARLES VENTURA,                                     ORDER

                      Defendant.
-------------------------------------------------------x

     Upon the application of John Burke, attorney for the above named defendant, and upon all proceedings previously submitted herein, it is hereby

     ORDERED, that the defendant Charles Ventura will be permitted to receive non-prison clothing at the MCC to wear for his trial, scheduled to begin on February 4, 2020. He is permitted to have two pairs of pants, two pairs of socks, two shirts, a suit jacket, one tie and a pair of shoes to wear to Court.

Dated: Brooklyn, New York
       January   , 2020

                                                        _____
                                                         HONORABLE VICTOR MARRERO
                                                        United States Judge