```
SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/20
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                16 CR 809 (VM)

-against-

CHARLES VENTURA,                ORDER

          Defendant.
-------------------------------------------------------x

Upon the application of John Burke, attorney for the above named defendant, and upon all proceedings previously submitted herein, it is hereby

ORDERED, that the defendant Charles Ventura will be permitted to receive non-prison clothing at the MCC to wear for his trial, scheduled to begin on February 4, 2020. He is permitted to have two pairs of pants, two pairs of socks, two shirts, a suit jacket, one tie and a pair of shoes to wear to Court.

Dated: Brooklyn, New York
       January 17, 2020

_____
HONORABLE VICTOR MARRERO
United States Judge

## JOHN M. BURKE
Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel:  (718) 875-3707
Fax: (718) 875-0053

January 16, 2020

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re.:  U.S. v. Charles Ventura
16 CR 809 (VM)

Dear Judge Marrero:

I am asking the Court to permit my client Charles Ventura to receive non-prison clothing in the MCC so he can wear it in Court. I have enclosed an Order for that purpose.

Thank you for your time and consideration in this matter.

Respectfully yours,

s/
JOHN BURKE
Attorney for Charles Ventura

JB/dw
Enc.