UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys are authorized to bring the Personal Electronic Devices and/or the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned **UNITED STATES v. CHARLES VENTURA, et al. # 16-CR-00809.**

ORDERED that for devices listed below SDNY courtoom WI-FI access shall be provided.

The dates for which such authorization is provided are:     **February 4, 2020 through February 28, 2020**

| Attorney | E-Mail | Devices | Courtroom | Wi-FI Granted |
|---|---|---|---|---|
| John Burke | B33elmont@aol.com | 1 laptop, 1 cell phone, 1 external hard drive | 15B | Yes |
| Christopher Wright | wrightlawnyc@gmail.com | 1 laptop, 1 cell phone, 1 external hard drive | 15B | Yes |

The attorneys identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:
Dated: _____

_____
United States Judge

Revised: July 1, 2019