```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/16/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

               -against-

CHARLES VENTURA,

                 Defendant.

---

**16 CR 809 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The sentencing hearing for defendant Charles Ventura currently scheduled for September 22, 2022, is hereby adjourned to November 4, 2022, at 9:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
          September 16, 2022

                                       _____
                                     Victor Marrero
                                      U.S.D.J.