USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

              - against -

CHARLES VENTURA,

                    Defendant.

**16 CR 809 (VM)**

**25 CV 10637 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant Charles Ventura ("Defendant") filed a motion to vacate pursuant to 28 U.S.C. § 2255 on December 22, 2025. (See Dkt. No. 729.) The Court directed the Government to respond within sixty days. The Court subsequently directed the Government to show cause within fourteen days why it failed to respond. Defendant filed a motion to compel on April 20, 2026. (See Dkt. No. 734.) The Court orders the Government to respond to Defendant's motion at Dkt. No. 729 within fourteen days of the date of this order.

**SO ORDERED.**

Dated:    22 April 2026
          New York, New York

                               Victor Marrero
                               U.S.D.J.

1