USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

Plaintiff,

- against -

CHARLES VENTURA,

Defendant.

CHARLES VENTURA,

Petitioner,

- against -

UNITED STATES,

Respondent.

**16-CR-809-9 (VM)**
**25-CV-10637 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant/Petitioner Charles Ventura ("Ventura") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 on December 22, 2025. (See Dkt. No. 729 ("Petition").) On December 30, 2025, this Court issued an Order concluding "that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit," and ordering the Government to file a response within sixty days. (Dkt. No. 730.) The Government did not respond. The Court issued another order on March 31, 2026, ordering the Government to show cause within fourteen days why it had failed to respond to the

Court's previous order. (See Dkt. No. 733.) Again, the Government did not respond. On April 22, 2026, the Court ordered the Government to show cause within fourteen (14) days why it failed to respond. (See Dkt. No. 735.) Once again, the Government did not respond. Ventura filed a motion to compel on April 20, 2026 (see Dkt. No. 734) and an additional motion to expedite on June 29, 2026 (see Dkt. No. 736). The Government has failed to respond to those motions as well. Assistant United States Attorney Isabel Christophorou Pitaro entered her appearance in this matter via ECF on September 9, 2026.

Accordingly,

The Government is hereby **ORDERED** to show cause why it has failed to respond to the Court's Orders (see Dkt. Nos. 730, 733, 735), Defendant/Petitioner Charles Ventura's ("Ventura") § 2255 Petition (see Dkt. No. 729), and Ventura's motions to compel and expedite (see Dkt. Nos. 734 & 736) within fourteen (14) days of this Order. The Government is warned that if it fails to timely respond to this Order, the Court may grant Ventura's § 2255 Petition.

The Clerk of Court is respectfully directed to enter this Order on both dockets; and

The Clerk of Court is respectfully directed to mail physical copies of this Order via U.S. Mail to the following

parties: (1) Charles Ventura, Register Number 79831-054, Federal Corrections Institution Schuykill, P.O. Box 759, Minersville, PA 17954-0759; and (2) Assistant United States Attorney Isabel Christophorou Pitaro, United States Attorney's Office, Southern District of New York, 26 Federal Plaza, New York, NY 10278.

**SO ORDERED.**

Dated: 9 September 2026
New York, New York

Victor Marrero
U.S.D.J.